# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA CHRISTINA HOLGUIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MERRILL GARDENS, LLC,<br><br>    Defendant. | Case No. 1:22-cv-01042-ADA-SAB<br><br>ORDER VACATING SCHEDULING CONFERENCE AND ORDERING PARTIES TO FILE STATUS REPORT OR NOTICE OF DISMISSAL WITHIN SIXTY DAYS<br><br>(ECF Nos. 24, 25) |

On July 8, 2022, this putative class and collective action was removed from the Los Angeles Superior Court to the Central District of California. (ECF No. 1.) On August 18, 2022, pursuant to the parties' stipulation, this action was transferred to the Eastern District of California. (ECF Nos. 16, 17, 18.) On October 31, 2022, this action was ordered related to Ramirez v. Merrill Gardens, Case No. 1:22−CV−00542−ADA−SAB, and was reassigned. (ECF No. 23.) On November 2, 2022, the Court reset the scheduling conference for December 12, 2022. (ECF No. 24.)

On December 5, 2022, the parties filed a joint status report in advance of the scheduling conference. (ECF No. 25.) Therein, the parties proffer that all parties attended mediation with mediator Steve Rottman and have reached tentative broad terms of a settlement in this matter. The Parties are currently working on preparing and finalizing a long-form settlement agreement, and since Ramirez v. Merrill Gardens, is the first filed case, the parties here and the counsel in

1

the related action, will run all settlement approval through the Ramirez action. The parties proffer that once a long-form settlement agreement has been executed, the parties will file a joint notice of settlement in this action, and that on November 29, 2022, the Court in Ramirez ordered that the motion for preliminary approval be filed by January 27, 2023.

Accordingly, pursuant to Local Rule 251(a), IT IS HEREBY ORDERED that:

1. The scheduling conference set for December 12, 2022, is VACATED; and
2. The parties shall file a notice of settlement or status report within sixty (60) days of entry of this order.

IT IS SO ORDERED.

Dated: **December 6, 2022**

UNITED STATES MAGISTRATE JUDGE