1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11   RAMONA CHRISTINA HOLGUIN, | Case No. 1:22-cv-01042-ADA-SAB |
| 12        Plaintiff, | ORDER GRANTING STIPULATED MOTION TO STAY ACTION PENDING APPROVAL OF CLASS SETTLEMENT IN RELATED ACTION |
| 13        v. | |
| 14   MERRILL GARDENS, LLC, | (ECF No. 27) |
| 15        Defendant. | |
| 16 | |

17      On July 8, 2022, this putative class and collective action was removed from the Los

18  Angeles Superior Court to the Central District of California.  (ECF No. 1.)  On August 18, 2022,

19  pursuant to the parties' stipulation, this action was transferred to the Eastern District of

20  California.  (ECF Nos. 16, 17, 18.)  On October 31, 2022, this action was ordered related to

21  Ramirez v. Merrill Gardens, Case No. 1:22−CV−00542−ADA−SAB ("Ramirez"), and was

22  reassigned.  (ECF No. 23.)  On December 5, 2022, the parties filed a joint status report in

23  advance of the scheduling conference, and in light of the proffer that a tentative settlement was

24  reached, the Court vacated the scheduling conference and ordered a status report of notice of

25  dismissal be filed within sixty (60) days.  (ECF No. 27.)

26      On February 6, 2023, the parties filed a joint notice indicating that on January 24, 2023,

27  Plaintiffs' counsel in Ramirez filed a motion for preliminary approval of the settlement that

28  settles both the Ramirez action and this action.  (ECF No. 27.)  The parties request the Court

1   vacate all dates and deadlines and stay this action pending approval of the settlement that covers

2   both this case and the <u>Ramirez</u> action.  (<u>Id.</u>)  The Court finds good cause to grant the stipulated

3   request.

4        Accordingly, IT IS HEREBY ORDERED that:

5      1.    The stipulated motion, (ECF No. 27), is GRANTED;

6      2.    This action is STAYED until further order of this Court; and

7      3.    The parties shall file a status report or notice of dismissal within seven (7) days of

8          final approval of the class settlement in the related <u>Ramirez</u> action, or a status

9          report within seven (7) days of any denial of preliminary or final approval of the

10         class settlement in the related <u>Ramirez</u> action.

11

12   IT IS SO ORDERED.

13   Dated:   **February 7, 2023**

                                      UNITED STATES MAGISTRATE JUDGE